UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STEPHANIE L. TAILLON** | * | **CIVIL ACTION NO. 22-02129** |
| *Plaintiff,* | * | |
| | * | **SECTION "A" (3)** |
| **VERSUS** | * | |
| | * | |
| **CITY OF NEW ORLEANS** | * | |
| *Defendant* | * | |

*******************************************

## ORDER

Considering the above and foregoing Motion for Extension of Deadline;

IT IS HEREBY ORDERED that the Plaintiff's Motion for Extension of Deadline is GRANTED and Plaintiff's response to the Motion to Dismiss (R. Doc. 5) will be noticed for submission at the next available civil hearing date of October 12, 2022.

Dated in New Orleans, Louisiana, this 20th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA