EEOC Form 5 (11/09)

| AMENDED CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | 461-2022-01717 |

_____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| Ms. Stephanie L. Taillon | (504) 312-1967 | |

**Street Address**
P O BOX 850045 215 10th Street
NEW ORLEANS, LA 70185

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| NEW ORLEANS POLICE DEPARTMENT | 501+ Employees | |

**Street Address**
715 S BROAD ST
NEW ORLEANS, LA 70119

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address _____ City, State and ZIP Code

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest: 08/20/2020   Latest: 09/13/2022 |
| Other, Race, Sex | |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began my employment with New Orleans Police Department on December 24, 2000 and worked in the capacity of a police officer. For a period between August 20, 2020, to the present, I felt like I was being discriminated against based on race (white), sex (female) and retaliation. Around August of 2020 I was next up for promotion. A PIB complaint regarding an alleged sexual encounter was referred to for a criminal investigation even though other Black Male officers with similar or worse allegations of sexual encounters were never referred to the Criminal Investigation Division. This referral by PIB resulted in a frivolous criminal investigation which I was acquitted of by the Judge (see initial EEOC complaint). After the acquittal, I was cleared to be promoted and suddenly individuals filed multiple investigations against me for things that I have been doing for years, I was now being disciplined for, which has prevented me from being promoted. Two years later, there were six individuals that were promoted before me. Out of those six individuals, two were white males and the other four were black males. Two of those individuals were tied with me in my same promotional register, while the others scored lower than me. I believe that this is a result of an internal affairs complaint that was filed on my behalf by a fellow officer that occurred in early 2020. The company employs 501+ persons. I believe that I have been discriminated and retaliated against based on Title VII of the Civil Rights Act of 1964, as amended, based on race (white) and sex (female).

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

**Digitally Signed By: Ms. Stephanie L. Taillon**

10/03/2022

*Charging Party Signature*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

Exhibit B