UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHANIE L. TAILLON,<br>*Plaintiff* | CIVIL ACTION<br>NO.  22-2129 |
| VERSUS | SECTION:  "P" (1) |
| NEW ORLEANS CITY,<br>*Defendant* | JUDGE DARREL J. PAPILLION<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

## ORDER SETTING ORAL ARGUMENT

IT IS ORDERED that oral argument on Defendant's Motion for Protective Order (Rec. Doc. 54) will be held on **Wednesday, July 10, 2024**, at **11:00 a.m.**, before Magistrate Judge Janis van Meerveld, Courtroom B-309, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana 70130.

IT IS FURTHER ORDERED that any memorandum in reply must be filed by **4:00 p.m**. **on the Friday preceding oral argument**.

New Orleans, Louisiana, this 2nd day of July, 2024.

Janis van Meerveld
United States Magistrate Judge

*\*\*\*The Court strongly encourages argument by junior attorneys, particularly where the junior attorneys drafted or contributed significantly to the underlying motion or response. Accordingly, if a junior attorney (i.e., a lawyer practicing for less than seven years) argues a motion or opposition for a party, the Court will allow multiple attorneys to argue for that party so that issues can be split between attorneys or a more senior attorney can offer clarification, if necessary.*